**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-10278-DRC |
| | § | |
| JEFFREY ELKINS | § | |
| KRISTIE ELKINS | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/12/2011. The undersigned trustee was appointed on 03/12/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                     $285,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $96,192.85 |
    | Bank service fees | $2,017.90 |
    | Other Payments to creditors | $5,763.86 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $15,000.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $166,025.39 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 08/29/2011 and the deadline for filing government claims was 08/29/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $14,824.41. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $14,824.41, for a total compensation of $14,824.41[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/06/2012            By:    /s/ David E. Grochocinski
                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page No: 1

Case No.: 11-10278-DRC
Case Name: ELKINS, JEFFREY AND ELKINS, KRISTIE
For the Period Ending: 11/6/2012

Trustee Name: David E. Grochocinski
Date Filed (f) or Converted (c): 03/12/2011 (f)
§341(a) Meeting Date: 05/03/2011
Claims Bar Date: 08/29/2011

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 510 S WOODLAWN STREET, WHEATON, IL | $265,000.00 | $0.00 | | | |
| 2 | CASH | $100.00 | $0.00 | | | |
| 3 | CHECKING | $1,200.00 | $0.00 | | | |
| 4 | HOUSEHOLD GOODS | $1,000.00 | $0.00 | | | |
| 5 | PERSONAL CLOTHING | $500.00 | $0.00 | | | |
| 6 | IRA/401K | $37,000.00 | $0.00 | | | |
| 7 | 2009 FORD EDGE | $20,000.00 | $0.00 | | | |
| 8 | PI CLAIM | Unknown | $300,000.00 | | $285,000.00 | |
| | TOTALS (Excluding unknown value) | $324,800.00 | $300,000.00 | $0.00 | $285,000.00 | $0.00 |

Gross Value of Remaining Assets

**Major Activities affecting case closing:**
PENDING PI CLAIM; SPECIAL COUNSEL EMPLOYED; FINAL REPORT IS BEING PREPARED

Initial Projected Date Of Final Report (TFR): 12/30/2014    Current Projected Date Of Final Report (TFR): 06/30/2013

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-10278-DRC | | | Trustee Name: | David E. Grochocinski | | Page No: 1 | Exhibit B |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE | | | Bank Name: | Green Bank | | | |
| Primary Taxpayer ID #: | ******3979 | | | Checking Acct #: | ******7801 | | | |
| Co-Debtor Taxpayer ID #: | ******3980 | | | Account Title: | | | | |
| For Period Beginning: | 3/12/2011 | | | Blanket bond (per case limit): | $5,000,000.00 | | | |
| For Period Ending: | 11/6/2012 | | | Separate bond (if applicable): | | | | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2012 | (8) | Allstate Insurance Company | SETTLEMENT OF PI CASE | | 1142-000 | $285,000.00 | | $285,000.00 |
| 05/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $326.38 | $284,673.62 |
| 06/06/2012 | 3001 | JEFFREY ELKINS | exemption to debtor | | 8100-002 | | $15,000.00 | $269,673.62 |
| 06/18/2012 | 3002 | UPS | OVERNIGHT DELIVERY CHARGES | | 2990-000 | | $18.14 | $269,655.48 |
| 06/29/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $440.62 | $269,214.86 |
| 07/30/2012 | 3003 | ROBERT M BUEGE | FEES & COSTS TO SPECIAL COUNSEL PER ORDER OF 7/27/12 | | * | | $96,153.90 | $173,060.96 |
| | | | fees | $(95,000.00) | 3210-600 | | | |
| | | | expenses | $(1,153.90) | 3220-610 | | | $173,060.96 |
| 07/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $420.41 | $172,640.55 |
| 08/06/2012 | 3004 | RAWLINGS COMPANY | REFERENCE #09USH0700083 LIEN FOR HEALTH INSURANCE | | 4220-000 | | $5,763.86 | $166,876.69 |
| 08/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $328.08 | $166,548.61 |
| 09/10/2012 | 3005 | UPS | OVERNIGHT DELIVERY FEE | | 2990-000 | | $20.81 | $166,527.80 |
| 09/28/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $234.07 | $166,293.73 |
| 10/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $268.34 | $166,025.39 |

| | | | | SUBTOTALS | $285,000.00 | $118,974.61 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2　　　Exhibit B

| Case No. | 11-10278-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3979 | | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | ******3980 | | Account Title: | |
| For Period Beginning: | 3/12/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $166,025.39 |

| | | |
|---|---|---|
| **TOTALS:** | $285,000.00 | $118,974.61 |
| Less: **Bank transfers/CDs** | $0.00 | $0.00 |
| **Subtotal** | $285,000.00 | $118,974.61 |
| Less: **Payments to debtors** | $0.00 | $15,000.00 |
| **Net** | $285,000.00 | $103,974.61 |

**For the period of 3/12/2011 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $285,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $285,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $103,974.61 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $118,974.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/27/2012 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $285,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $285,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $103,974.61 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $118,974.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3                                                                       Exhibit B

| Case No.: | 11-10278-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3979 | | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | ******3980 | | Account Title: | |
| For Period Beginning: | 3/12/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
|  | $285,000.00 | $118,974.61 | $166,025.39 |

**For the period of 3/12/2011 to 11/6/2012**

| Total Compensable Receipts: | $285,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $285,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $103,974.61 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $118,974.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/12/2011 to 11/6/2012**

| Total Compensable Receipts: | $285,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $285,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $103,974.61 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $118,974.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI
_____
DAVID E. GROCHOCINSKI

**CLAIM ANALYSIS REPORT**

Page No: 1  Exhibit C

| Case No. | 11-10278-DRC | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- |
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE | | Date: | 11/6/2012 |
| Claims Bar Date: | 08/29/2011 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 11/06/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $14,824.41 | $14,824.41 | $0.00 | $0.00 | $0.00 | $14,824.41 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 09/19/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $64.53 | $64.53 | $0.00 | $0.00 | $0.00 | $64.53 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 09/19/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $3,132.50 | $3,132.50 | $0.00 | $0.00 | $0.00 | $3,132.50 |
| 2 | FORD MOTOR CREDIT COMPANY LLC P O Box 6275 Dearborn MI 48121 | 06/03/2011 | Pers. Prop. & Intangibles-Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $27,794.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** withdrawn | | | | | | | | | | | | |
| 1 | CANDICA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE WA 98121 | 06/02/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,153.23 | $19,153.23 | $0.00 | $79.22 | $0.00 | $19,153.27 |
| 1INT | CANDICA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE WA 98121 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7990-000 | $0.00 | $79.22 | $79.22 | $0.00 | $0.00 | $0.00 | $79.22 |

**CLAIM ANALYSIS REPORT**

Page No: 2     Exhibit C

| Case No. | 11-10278-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE | | Date: | 11/6/2012 |
| Claims Bar Date: | 08/29/2011 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | STATE FARM BANK<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 06/14/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,476.32 | $12,476.32 | $0.00 | $51.60 | $0.00 | $12,476.32 |
| **Claim Notes:** | (3-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 3INT | STATE FARM BANK<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7990-000 | $0.00 | $51.60 | $51.60 | $0.00 | $0.00 | $0.00 | $51.60 |
| **Claim Notes:** | (3-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 4 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 06/20/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,913.27 | $10,913.27 | $0.00 | $45.14 | $0.00 | $10,913.27 |
| 4INT | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7990-000 | $0.00 | $45.14 | $45.14 | $0.00 | $0.00 | $0.00 | $45.14 |
| 5 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 06/20/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,867.52 | $10,867.52 | $0.00 | $44.95 | $0.00 | $10,867.52 |
| 5INT | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7990-000 | $0.00 | $44.95 | $44.95 | $0.00 | $0.00 | $0.00 | $44.95 |
| 6 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 06/20/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,377.24 | $14,377.24 | $0.00 | $59.46 | $0.00 | $14,377.24 |
| 6INT | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7990-000 | $0.00 | $59.46 | $59.46 | $0.00 | $0.00 | $0.00 | $59.46 |

**CLAIM ANALYSIS REPORT**

Page No: 3  Exhibit C

| Case No. | 11-10278-DRC | | | | | | | | Trustee Name: | David E. Grochocinski | |
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE | | | | | | | | Date: | 11/6/2012 | |
| Claims Bar Date: | 08/29/2011 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City OK 731248809 | 08/24/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $40,436.02 | $40,436.02 | $0.00 | $167.24 | $0.00 | $40,436.02 |
| 7INT | FIA CARD SERVICES, NA/BANK OF AMERICA by American InfoSource LP as its agent PO Box 248809 Oklahoma City OK 731248809 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7990-000 | $0.00 | $167.24 | $167.24 | $0.00 | $0.00 | $0.00 | $167.24 |
| 8 | GE MONEY BANK c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 331311605 | 08/25/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $370.14 | $370.14 | $0.00 | $1.53 | $0.00 | $370.14 |
| 8INT | GE MONEY BANK c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 331311605 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7990-000 | $0.00 | $1.53 | $1.53 | $0.00 | $0.00 | $0.00 | $1.53 |
| | ELKINS, JEFFREY AND ELKINS, KRISTIE 510 S WOODLAWN STREET WHEATON IL 60187 | 11/06/2012 | Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | Allowed | 8200-002 | $0.00 | $38,511.93 | $38,511.93 | $0.00 | $0.00 | $0.00 | $38,511.93 |
| | | | | | | | $193,370.41 | $165,576.25 | $0.00 | $449.14 | $0.00 | $165,576.25 |

**Claim Notes:** Debtor Surplus

Page No: 4                           Exhibit C

# CLAIM ANALYSIS REPORT

| Case No. | 11-10278-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE | Date: | 11/6/2012 |
| Claims Bar Date: | 08/29/2011 | | |

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Attorney for Trustee Expenses (Trustee Firm) | $64.53 | $64.53 | $0.00 | $0.00 | $0.00 | $64.53 |
| Attorney for Trustee Fees (Trustee Firm) | $3,132.50 | $3,132.50 | $0.00 | $0.00 | $0.00 | $3,132.50 |
| General Unsecured § 726(a)(2) | $109,042.88 | $109,042.88 | $0.00 | $449.14 | $0.00 | $109,042.88 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $27,794.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | $38,511.93 | $38,511.93 | $0.00 | $0.00 | $0.00 | $38,511.93 |
| Trustee Compensation | $14,824.41 | $14,824.41 | $0.00 | $0.00 | $0.00 | $14,824.41 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 11-10278-DRC
Case Name: JEFFREY ELKINS
KRISTIE ELKINS
Trustee Name: David E. Grochocinski

Balance on hand: $166,025.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | $27,794.16 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $166,025.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $14,824.41 | $0.00 | $14,824.41 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,132.50 | $0.00 | $3,132.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $64.53 | $0.00 | $64.53 |

Total to be paid for chapter 7 administrative expenses: $18,021.44
Remaining balance: $148,003.95

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $148,003.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $148,003.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $108,593.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CANDICA L.L.C. | $19,153.23 | $0.00 | $19,153.23 |
| 3 | State Farm Bank | $12,476.32 | $0.00 | $12,476.32 |
| 4 | Chase Bank USA, N.A. | $10,913.27 | $0.00 | $10,913.27 |
| 5 | Chase Bank USA, N.A. | $10,867.52 | $0.00 | $10,867.52 |
| 6 | Chase Bank USA, N.A. | $14,377.24 | $0.00 | $14,377.24 |
| 7 | FIA Card Services, NA/Bank of America | $40,436.02 | $0.00 | $40,436.02 |
| 8 | GE Money Bank | $370.14 | $0.00 | $370.14 |

|  | Total to be paid to timely general unsecured claims: | $108,593.74 |
|---|---|---|
|  | Remaining balance: | $39,410.21 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $39,410.21 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $39,410.21 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.24 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $898.28. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $38,511.93.