## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-10278-DRC |
| | § | |
| JEFFREY ELKINS | § | |
| KRISTIE ELKINS | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 1/11/2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/27/2012      By:  /s/ David E. Grochocinski
                       (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: § | Case No. 11-10278-DRC |
| § | |
| JEFFREY ELKINS § | |
| KRISTIE ELKINS § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $285,000.00
*and approved disbursements of*     $118,974.61
*leaving a balance on hand of[1]:*     $166,025.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | $27,794.16 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $166,025.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $14,824.41 | $0.00 | $14,824.41 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,132.50 | $0.00 | $3,132.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $64.53 | $0.00 | $64.53 |

Total to be paid for chapter 7 administrative expenses:     $18,021.44
Remaining balance:     $148,003.95

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $148,003.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $148,003.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $108,593.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CANDICA L.L.C. | $19,153.23 | $0.00 | $19,153.23 |
| 3 | State Farm Bank | $12,476.32 | $0.00 | $12,476.32 |
| 4 | Chase Bank USA, N.A. | $10,913.27 | $0.00 | $10,913.27 |
| 5 | Chase Bank USA, N.A. | $10,867.52 | $0.00 | $10,867.52 |
| 6 | Chase Bank USA, N.A. | $14,377.24 | $0.00 | $14,377.24 |
| 7 | FIA Card Services, NA/Bank of America | $40,436.02 | $0.00 | $40,436.02 |
| 8 | GE Money Bank | $370.14 | $0.00 | $370.14 |

Total to be paid to timely general unsecured claims: $108,593.74
Remaining balance: $39,410.21

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $39,410.21 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | «mnyTotalUnsecuredCreditorsSub_v2» |
| Remaining balance: | $39,410.21 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.24 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $898.28. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $38,511.93.

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 11-10278-DRC
Jeffrey Lee Elkins                                                  Chapter 7
Kristie Marie Elkins
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey               Page 1 of 2           Date Rcvd: Nov 28, 2012
                              Form ID: pdf006            Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2012.
db         +Jeffrey Lee Elkins,    510 S Woodlawn Street,    Wheaton, IL 60187-4785
jdb       #+Kristie Marie Elkins,   510 S Woodlawn Street,    Wheaton, IL 60187-4785
aty        +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
16949313   +Capital One, N.A.,    Po Box 30273,   Salt Lake City, UT 84130-0273
16949314   +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
17435037    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16949315   +Ford Cred,    Po Box Box 542000,   Omaha, NE 68154-8000
17368227   +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
17408511    State Farm Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
16949318   +State Farm Financial S,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
16949319   +Wffinance,    800 Walnut St,   Des Moines, IA 50309-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17362997   +E-mail/Text: bncmail@w-legal.com Nov 29 2012 05:00:54     CANDICA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17709329    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2012 03:27:20
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK   73124-8809
17711627    E-mail/PDF: rmscedi@recoverycorp.com Nov 29 2012 03:20:49     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16949316   +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2012 03:23:33     Gemb/Gap,    Po Box 981400,
             El Paso, TX 79998-1400
16949317   +E-mail/Text: clientservices@northwestcollectors.com Nov 29 2012 03:06:55      Northwest Collectors,
             3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Robert M Buege,    0, IL   60600
16949312   ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
                                                                                    TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2012**                          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: dramey              Page 2 of 2                   Date Rcvd: Nov 28, 2012
                               Form ID: pdf006           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2012 at the address(es) listed below:

```
              Allison E Walsh    on behalf of Creditor   Wells Fargo Financial Illinois, Inc.
               aew@brookslawfirmpc.com
              David E Grochocinski     on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
              David P Lloyd    on behalf of Trustee David Grochocinski courtdocs@davidlloydlaw.com
              John J Lynch    on behalf of Debtor Jeffrey Elkins jjlynch@jjlynchlaw.com,
               rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
              Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```