## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-10278-DRC |
| | § | |
| JEFFREY ELKINS | § | |
| KRISTIE ELKINS | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $38,200.00 | | Assets Exempt: | $31,600.00 |
| Total Distributions to Claimants: | $115,255.88 | | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $116,232.19 | | | |

3)      Total gross receipts of $285,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $53,511.93 (see **Exhibit 2),** yielded net receipts of $231,488.07 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $33,558.02 | $5,763.86 | $5,763.86 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $116,232.19 | $116,232.19 | $116,232.19 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $108,593.74 | $108,593.74 | $109,492.02 |
| **Total Disbursements** | NA | $258,383.95 | $230,589.79 | $231,488.07 |

4). This case was originally filed under chapter 7 on 03/12/2011. The case was pending for -1334 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2013                    By:   /s/ David E. Grochocinski
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| PI CLAIM | 1142-000 | $285,000.00 |
| **TOTAL GROSS RECEIPTS** | | $285,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| JEFFREY ELKINS | Exemptions | 8100-002 | $15,000.00 |
| ELKINS, JEFFREY AND ELKINS, KRISTIE | Surplus Funds | 8200-002 | $38,511.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $53,511.93 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | 4210-000 | NA | $27,794.16 | $0.00 | $0.00 |
| | RAWLINGS COMPANY | 4220-000 | NA | $5,763.86 | $5,763.86 | $5,763.86 |
| **TOTAL SECURED CLAIMS** | | | NA | $33,558.02 | $5,763.86 | $5,763.86 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $14,824.41 | $14,824.41 | $14,824.41 |
| Green Bank | 2600-000 | NA | $2,017.90 | $2,017.90 | $2,017.90 |
| UPS | 2990-000 | NA | $38.95 | $38.95 | $38.95 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $3,132.50 | $3,132.50 | $3,132.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $64.53 | $64.53 | $64.53 |
| fees, Special Counsel for Trustee | 3210-600 | NA | $95,000.00 | $95,000.00 | $95,000.00 |
| expenses, Special Counsel for Trustee | 3220-610 | NA | $1,153.90 | $1,153.90 | $1,153.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $116,232.19 | $116,232.19 | $116,232.19 |

| CHARGES |
|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CANDICA L.L.C. | 7100-000 | NA | $19,153.23 | $19,153.23 | $19,153.23 |
| 1INT | CANDICA L.L.C. | 7990-000 | NA | $0.00 | $0.00 | $79.22 |
| 3 | State Farm Bank | 7100-000 | NA | $12,476.32 | $12,476.32 | $12,476.32 |
| 3INT | State Farm Bank | 7990-000 | NA | $0.00 | $0.00 | $51.60 |
| 4 | Chase Bank USA, N.A. | 7100-000 | NA | $10,913.27 | $10,913.27 | $10,913.27 |
| 4INT | Chase Bank USA, N.A. | 7990-000 | NA | $0.00 | $0.00 | $45.14 |
| 5 | Chase Bank USA, N.A. | 7100-000 | NA | $10,867.52 | $10,867.52 | $10,867.52 |
| 5INT | Chase Bank USA, N.A. | 7990-000 | NA | $0.00 | $0.00 | $44.95 |
| 6 | Chase Bank USA, N.A. | 7100-000 | NA | $14,377.24 | $14,377.24 | $14,377.24 |
| 6INT | Chase Bank USA, N.A. | 7990-000 | NA | $0.00 | $0.00 | $59.46 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | NA | $40,436.02 | $40,436.02 | $40,436.02 |
| 7INT | FIA Card Services, NA/Bank of America | 7990-000 | NA | $0.00 | $0.00 | $167.24 |
| 8 | GE Money Bank | 7100-000 | NA | $370.14 | $370.14 | $370.14 |
| 8INT | GE Money Bank | 7990-000 | NA | $0.00 | $0.00 | $1.53 |
|  | CANDICA L.L.C. | 7990-000 | $0.00 | $0.00 | $0.00 | $79.22 |
|  | Chase Bank USA, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $45.14 |
|  | Chase Bank USA, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $44.95 |
|  | Chase Bank USA, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $59.46 |
|  | FIA Card | 7990-000 | $0.00 | $0.00 | $0.00 | $167.24 |

| | | | | | |
|---|---|---|---|---|---|
| Services, NA/Bank of America | | | | | |
| GE Money Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $1.53 |
| State Farm Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $51.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $108,593.74 | $108,593.74 | $109,492.02 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-10278-DRC |
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE |
| For the Period Ending: | 2/5/2013 |

| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 03/12/2011 (f) |
| §341(a) Meeting Date: | 05/03/2011 |
| Claims Bar Date: | 08/29/2011 |

| Ref. # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA =§ 554(a) abandon. | 5 Sales/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 510 S WOODLAWN STREET, WHEATON, IL | $265,000.00 | $0.00 | | $0.00 | |
| 2 | CASH | $100.00 | $0.00 | | $0.00 | |
| 3 | CHECKING | $1,200.00 | $0.00 | | $0.00 | |
| 4 | HOUSEHOLD GOODS | $1,000.00 | $0.00 | | $0.00 | |
| 5 | PERSONAL CLOTHING | $500.00 | $0.00 | | $0.00 | |
| 6 | IRA/401K | $37,000.00 | $0.00 | | $0.00 | |
| 7 | 2009 FORD EDGE | $20,000.00 | $0.00 | | $0.00 | |
| 8 | PI CLAIM | Unknown | $300,000.00 | | $285,000.00 | |

**TOTALS (Excluding unknown value)**    $324,800.00    $300,000.00    $285,000.00    Gross Value of Remaining Assets

**Major Activities affecting case closing:**
PENDING PI CLAIM; SPECIAL COUNSEL EMPLOYED; FINAL REPORT IS BEING PREPARED

| Initial Projected Date Of Final Report (TFR): | 12/30/2014 | Current Projected Date Of Final Report (TFR): | 06/30/2013 | /s/ DAVID E. GROCHOCINSKI |
|---|---|---|---|---|
| | | | | DAVID E. GROCHOCINSKI |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

Exhibit 9

| Case No.: | 11-10278-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3979 | | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | ******3980 | | Account Title: | |
| For Period Beginning: | 3/12/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2012 | (8) | Allstate Insurance Company | SETTLEMENT OF PI CASE | 1142-000 | $285,000.00 | | $285,000.00 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $326.38 | $284,673.62 |
| 06/06/2012 | 3001 | JEFFREY ELKINS | exemption to debtor | 8100-002 | | $15,000.00 | $269,673.62 |
| 06/18/2012 | 3002 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | $18.14 | $269,655.48 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $440.62 | $269,214.86 |
| 07/30/2012 | 3003 | ROBERT M BUEGE | FEES & COSTS TO SPECIAL COUNSEL PER ORDER OF 7/27/12 | * | | $96,153.90 | $173,060.96 |
| | | | fees    $(95,000.00) | 3210-600 | | | $173,060.96 |
| | | | expenses    $(1,153.90) | 3220-610 | | | $173,060.93 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $420.41 | $172,640.55 |
| 08/06/2012 | 3004 | RAWLINGS COMPANY | REFERENCE #09USH0700083 LIEN FOR HEALTH INSURANCE | 4220-000 | | $5,763.86 | $166,876.69 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $328.08 | $166,548.61 |
| 09/10/2012 | 3005 | UPS | OVERNIGHT DELIVERY FEE | 2990-000 | | $20.81 | $166,527.80 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $234.07 | $166,293.73 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $268.34 | $166,025.39 |
| 01/11/2013 | 3006 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $14,824.41 | $151,200.98 |
| 01/11/2013 | 3007 | InnovaLaw, PC | Distribution on Claim # ; | 3110-000 | | $3,132.50 | $148,068.48 |
| 01/11/2013 | 3008 | InnovaLaw, PC | Distribution on Claim # ; | 3120-000 | | $64.53 | $148,003.95 |
| 01/11/2013 | 3009 | CANDICA L.L.C. | Distribution on Claim #: 1; | * | | $19,232.45 | $128,771.50 |
| | | | Claim Amount    $(19,153.23) | 7100-000 | | | $128,771.50 |
| | | | Interest    $(79.22) | 7990-000 | | | $128,771.50 |
| 01/11/2013 | 3010 | State Farm Bank | Distribution on Claim # 3; | * | | $12,527.92 | $116,243.58 |
| | | | Claim Amount    $(12,476.32) | 7100-000 | | | $116,243.58 |
| | | | Interest    $(51.60) | 7990-000 | | | $116,243.58 |
| 01/11/2013 | 3011 | Chase Bank USA, N.A. | Distribution on Claim #: 4; | * | | $10,958.41 | $105,285.17 |
| | | | Claim Amount    $(10,913.27) | 7100-000 | | | $105,285.17 |
| | | | Interest    $(45.14) | 7990-000 | | | $105,285.17 |

SUBTOTALS                $285,000.00        $179,714.83

Exhibit 9

Page No: 2

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 11-10278-DRC
Case Name: ELKINS, JEFFREY AND ELKINS, KRISTIE
Primary Taxpayer ID #: ******3979
Co-Debtor Taxpayer ID #: ******3980
For Period Beginning: 3/12/2011
For Period Ending: 2/5/2013

Trustee Name:
Bank Name: David E. Grochocinski — Green Bank
Checking Acct #: ******7801
Account Title:
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable):

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| 01/11/2013 | 3012 | Chase Bank USA, N.A. | Distribution on Claim # 5; | * | | $10,912.47 | $94,372.73 |
| | | | Claim Amount | 7100-000 | $(10,867.52) | | $94,372.73 |
| | | | Interest | 7990-000 | $(44.95) | | $94,372.73 |
| 01/11/2013 | 3013 | Chase Bank USA, N.A. | Distribution on Claim # 6; | * | | $14,436.70 | $79,936.03 |
| | | | Claim Amount | 7100-000 | $(14,377.24) | | $79,936.03 |
| | | | Interest | 7990-000 | $(59.46) | | $79,936.03 |
| 01/11/2013 | 3014 | FIA Card Services, NA/Bank of America | Distribution on Claim # 7; | * | | $40,603.26 | $39,332.77 |
| | | | Claim Amount | 7100-000 | $(40,436.02) | | $39,332.77 |
| | | | Interest | 7990-000 | $(167.24) | | $39,332.77 |
| 01/11/2013 | 3015 | GE Money Bank | Distribution on Claim # 8; | * | | $371.67 | $38,961.10 |
| | | | Claim Amount | 7100-000 | $(370.14) | | $38,961.10 |
| | | | Interest | 7990-000 | $(1.53) | | $38,961.10 |
| 01/11/2013 | 3016 | CANDICA L.L.C. | Distribution on Claim # 1; | 7990-000 | | $79.22 | $38,881.88 |
| 01/11/2013 | 3017 | State Farm Bank | Distribution on Claim # 3; | 7990-000 | | $51.60 | $38,830.28 |
| 01/11/2013 | 3018 | Chase Bank USA, N.A. | Distribution on Claim # 4; | 7990-000 | | $45.14 | $38,785.14 |
| 01/11/2013 | 3019 | Chase Bank USA, N.A. | Distribution on Claim # 5; | 7990-000 | | $44.95 | $38,740.19 |
| 01/11/2013 | 3020 | Chase Bank USA, N.A. | Distribution on Claim # 6; | 7990-000 | | $59.46 | $38,680.73 |
| 01/11/2013 | 3021 | FIA Card Services, NA/Bank of America | Distribution on Claim # 7; | 7990-000 | | $167.24 | $38,513.49 |
| 01/11/2013 | 3022 | GE Money Bank | interest on claim | 7990-000 | | $1.53 | $38,511.93 |
| 01/11/2013 | 3023 | ELKINS, JEFFREY AND ELKINS, KRISTIE | Distribution on Claim # ; | 8200-002 | | $38,511.93 | $0.00 |

SUBTOTALS $0.00 $105,285.17

Exhibit 9

Page No: 3

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-10278-DRC |
| --- | --- |
| Case Name: | ELKINS, JEFFREY AND ELKINS, KRISTIE |
| Primary Taxpayer ID #: | ******3979 |
| Co-Debtor Taxpayer ID #: | ******3980 |
| For Period Beginning: | 3/12/2011 |
| For Period Ending: | 2/5/2013 |

| Trustee Name: | David E. Grochocinski |
| --- | --- |
| Bank Name: | Green Bank |
| Checking Acct #: | ******7801 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit $ | Disbursement $ | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | $0.00 |
| | | | TOTALS: | | $285,000.00 | $285,000.00 | |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $285,000.00 | $285,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $53,511.93 | |
| | | | Net | | $285,000.00 | $231,488.07 | |

**For the period of 3/12/2011 to 2/5/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $285,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $285,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $231,488.07 |
| Total Non-Compensable Disbursements: | $53,511.93 |
| Total Comp/Non Comp Disbursements: | $285,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/27/2012 to 2/5/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $285,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $285,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $231,488.07 |
| Total Non-Compensable Disbursements: | $53,511.93 |
| Total Comp/Non Comp Disbursements: | $285,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

Page No:  4

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No.: 11-10278-DRC
Case Name: ELKINS, JEFFREY AND ELKINS, KRISTIE
Primary Taxpayer ID #: ******3979
Co-Debtor Taxpayer ID #: ******3980
For Period Beginning: 3/12/2011
For Period Ending: 2/5/2013

Trustee Name: David E. Grochocinski
Bank Name: Green Bank
Checking Acct #: ******7801
Account Title:
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $285,000.00 | $285,000.00 | $0.00 |

**For the period of 3/12/2011 to 2/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $285,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $285,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $231,488.07 |
| Total Non-Compensable Disbursements: | $53,511.93 |
| Total Comp/Non Comp Disbursements: | $285,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/12/2011 to 2/5/2013**

| | |
|---|---|
| Total Compensable Receipts: | $285,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $285,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $231,488.07 |
| Total Non-Compensable Disbursements: | $53,511.93 |
| Total Comp/Non Comp Disbursements: | $285,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI